Prob 22 (Rev. 03/97)

| # TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court)<br>0:01CR00258-001(MJD) |
|---|---|
| | DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Jerome Eric Clark<br>Detroit, MI 48238 | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE<br>Michael J. Davis | | |
| | DATES OF SUPERVISION | FROM<br>05/20/2005 | TO<br>05/19/2008 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute 200 Grams of Cocaine; Aiding and Abetting Distribution of Cocaine; Money Laundering

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

3-24-06
Date

Michael J. Davis, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

APR 10 2006
Effective Date

United States District Judge

SCANNED
APR 18 2006
U.S. DISTRICT COURT ST. PAUL